IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-07586 BKT

HECTOR MONTERO ENCARNACION
CECILIA TOLEDO PUELLO

Chapter 13

XXX-XX-1817
XXX-XX-4553

FILED & ENTERED ON 02/24/2011

Debtor(s)

### ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #41), and the debtors having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of February, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors
F/up